BELTON R. BLAKNEY v. FIRST NATIONAL
FIDELITY CORPORATION.

Nov. 20, 1979.  Petition for certification denied.

IN THE MATTER OF THE ESTATE OF CLARENCE A.
MUNGER, DECEASED.

Nov. 20, 1979.  Petition for certification denied.

IN THE MATTER OF THE ESTATE OF CLARENCE A.
MUNGER, DECEASED.

Nov. 20, 1979.  Cross-Petition for certification denied.

NORMANDY  BEACH  IMPROVEMENT  ASSOCIATION  v.
COMMISSIONER, DEPARTMENT OF ENVIRONMENTAL
PROTECTION, STATE OF NEW JERSEY.

Nov. 20, 1979.  Petition for certification denied.

NORMANDY BEACH IMPROVEMENT ASSOCIATION v. COMMIS-
SIONER, DEPARTMENT OF ENVIRONMENTAL PROTEC-
TION, STATE OF NEW JERSEY, AND OCEAN COUNTY SEW-
ERAGE AUTHORITY.

Nov. 20, 1979.  Petition for certification denied.